AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | **FILED UNDER SEAL** |
|---|---|---|
| v. | ) | |
| XUEYONG WU, a/k/a "Antonio" | ) ) ) ) ) | Case No. 1:19-mj-527 |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2015 to the present__ in the county of __Prince William__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846; 18 U.S.C. 1956(h) | Conspiracy to distribute five kilograms or more of cocaine, a Schedule II controlled substance |
| | Conspiracy to commit money laundering |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
AUSA David A. Peters

*Complainant's signature*
/s/ T Renelt

Special Agent Tetyana X. Renelt, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/12/2019__

/s/ Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, Virginia__

The Honorable Theresa C. Buchanan
*Printed name and title*