MH

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:**                    ☐ Under Seal          **Judge Assigned:** Buchanan

City: _____                    Superseding Indictment: _____          **Criminal No.** 1:19mj527

County: Prince William          Same Defendant: _____          New Defendant: _____

Magistrate Judge Case No. _____          **Arraignment Date:** _____

Search Warrant Case No. _____          R. 20/R. 40 From: _____

## Defendant Information:

**Defendant Name:** Xueyong WU          Alias(es): Antonio          ☐ Juvenile  FBI No. _____

**Address:** Guangdong, China

**Employment:** _____

**Birth Date:** XXXX/79     SSN: _____     **Sex:** Male     Race: _____     Nationality: Chinese

**Place of Birth:** _____  Height: ___  Weight: ___  Hair: ___  Eyes: ___  Scars/Tattoos: _____

☐ **Interpreter**   **Language/Dialect:** _____          Auto Description: _____

## Location/Status:

**Arrest Date:** 12/11/2019     ☒ Already in Federal Custody as of: _____  in: _____

☐ Already in State Custody          ☐ On Pretrial Release          ☐ Not in Custody

☐ Arrest Warrant Requested          ☐ Fugitive          ☐ Summons Requested

☐ Arrest Warrant Pending          ☐ Detention Sought          ☐ Bond _____

## Defense Counsel Information:

**Name:** _____          ☐ Court Appointed     Counsel Conflicts: _____

Address: _____          ☐ Retained

Phone: _____          ☐ Public Defender          ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** David A. Peters          **Phone:** _____     Bar No. _____

## Complainant Agency - Address & Phone No. or Person & Title:

_____

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 USC 846 | conspiracy to distribute 5 kgs of co[ke] | | |
| Set 2: | 18 USC 1956 (h) | conspiracy to launder money | | |
| Date: | 12/12/2019 | AUSA Signature: | | *may be continued on reverse* |