CLOSED,SEALED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:19-mj-05288-DUTY All Defendants *SEALED*
## Internal Use Only

Case title: USA v. Wu

Date Filed: 12/12/2019
Date Terminated: 12/19/2019

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Xueyong Wu**
*TERMINATED: 12/19/2019*

represented by **Barry L Greenhalgh**
Law Office of Barry L Greenhalgh
16633 Ventura Boulevard Suite 1405
Encino, CA 91436
818-788-9909
Fax: 818-788-3930
Email: blgbarry@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Carel Ale**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012
213-894-5186
Fax: 213-894-0081
Email: carel_ale@fd.org
*TERMINATED: 12/17/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                 **Disposition**
None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of 21:846, 18:1956(h) | Defendant is ordered HELD to ANSWER to the USDC, Eastern District of Virginia at Alexandria |

---

**Plaintiff**

| **USA** | represented by | **US Attorney's Office** |
|---|---|---|
| | | AUSA - Office of US Attorney |
| | | Criminal Div - US Courthouse |
| | | 312 N Spring St, 12th Floor |
| | | Los Angeles, CA 90012-4700 |
| | | 213-894-2434 |
| | | Email: USACAC.Criminal@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/11/2019 | 🔒 | (Court only) ***Defendant Xueyong Wu ARRESTED (Rule 5(c)(3)) (ja) (Entered: 12/16/2019) |
| 12/12/2019 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Xueyong Wu, originating in the Eastern District of Virginia. Defendant charged in violation of: 21:846, 18:1956(h). Signed by agent William Murray, DEA, Special Agent. (ja) (Entered: 12/16/2019) |
| 12/12/2019 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Xueyong Wu; defendants Year of Birth: 1979; date of arrest: 12/11/2019 (ja) (Entered: 12/16/2019) |
| 12/12/2019 | 3 | Copy of Sealed Complaint issued by the USDC Eastern District of Virginia as to Defendant Xueyong Wu (ja) (Entered: 12/17/2019) |
| 12/12/2019 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Alexander F. MacKinnon as to Defendant Xueyong Wu Defendant arraigned and states true name is as charged. Attorney: Carel Ale for Xueyong Wu, Deputy Federal Public Defender, present. Detention Hearing set for 12/17/2019 03:00 PM before Magistrate Judge Alexander F. MacKinnon. (CANTONESE) INTERPRETER Required as to Defendant Xueyong Wu. $400 - today proceedings; $150 per hour for any further proceedings in CACD. Court Smart: CS 12/12/19. (ja) (Entered: 12/17/2019) |
| 12/12/2019 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Xueyong Wu (ja) (Entered: 12/17/2019) |

| | | | |
|---|---|---|---|
| 12/12/2019 | 🔒 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Xueyong Wu. (Not for Public View pursuant to the E-Government Act of 2002) (ja) (Entered: 12/17/2019) |
| 12/12/2019 | | 7 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Xueyong Wu. (ja) (Entered: 12/17/2019) |
| 12/16/2019 | | 9 | DECLARATION of SARAH WU (ja) (Entered: 12/26/2019) |
| 12/17/2019 | | 10 | MINUTES OF RULE 5(c)(3) REMOVAL/ARRIVAL OF PROCESS HEARING/DETENTION HEARING held before Magistrate Judge Alexander F. MacKinnon as to Defendant Xueyong Wu. The Court Orders the defendant permanently detained. Court orders defendant held to answer to Eastern District of Virginia. Warrant of Removal and final commitment to issue. Barn L. Greenhalgh substituted in as retained counsel for defendant. Court Smart: CS 12/17/19. (ja) (Entered: 12/26/2019) |
| 12/17/2019 | | 11 | ORDER OF DETENTION by Magistrate Judge Alexander F. MacKinnon as to Defendant Xueyong Wu (ja) (Entered: 12/26/2019) |
| 12/17/2019 | | 12 | ORDER ON REQUEST for Approval of Substitution or Withdrawal of Attorney as to Xueyong Wu. Attorney Carel Ale terminated in case as to Xueyong Wu; attorney Barry L Greenhalgh added as to defendant Xueyong Wu. (ja) (Entered: 12/26/2019) |
| 12/17/2019 | | 13 | WAIVER OF RIGHTS approved by Magistrate Judge Alexander F. MacKinnon as to Defendant Xueyong Wu. (ja) (Entered: 12/26/2019) |
| 12/19/2019 | | 8 | MINUTES OF IN CHAMBERS ORDER by Magistrate Judge Alexander F. MacKinnon Denying Authorization of Interpreter as to Defendant Xueyong Wu. Court Smart: CS 12/19/19. (ja) (Entered: 12/23/2019) |
| 12/19/2019 | | 14 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Alexander F. MacKinnon that Defendant Xueyong Wu be removed to the Eastern District of Virginia (ja) (Entered: 12/26/2019) |
| 12/19/2019 | 🔒 | | (Court only) ***Magistrate Case Terminated (ja) (Entered: 12/26/2019) |
| 12/26/2019 | | | Notice to Eastern District of Virginia of a SEALED Rule 5 Initial Appearance as to Defendant Xueyong Wu. Your case number is: 1:19MJ527. The clerk will transmit ALL restricted documents via email. If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (ja) (Entered: 12/26/2019) |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.   **19-05288M**                                                                 Date:  **December 19, 2019**

Present:  The Honorable:   **Alexander F. MacKinnon, U.S. Magistrate Judge**

Interpreter                           N/A

| Ilene Bernal | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| XUEGONG WU | N/A | X | | Barry L. Greenhalgh | N/A | | x |

**Proceedings:  (In Chambers) Order Denying Authorization of Interpreter**

Each custodial facility has its own requirements, and the Court will not issue an order that would supersede those requirements.  The Court has also been unable to locate Ms. Wu on Federal or State Court lists of approved interpreters.  Accordingly, the motion is denied.

**Initials of Deputy Clerk** ⸻ :
⸻ ib



FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *UNITED STATES*        Plaintiff(s) <br><br> v. <br><br> *Xusyong Wu*        Defendant(s) | CASE NUMBER <br><br> *CR 195288* <br><br> (~~PROPOSED~~) ORDER ON REQUEST FOR <br> APPROVAL OF SUBSTITUTION OR <br> WITHDRAWAL OF ATTORNEY |

The Court hereby orders that the request of:

*Xus yong Wu*    ☐ Plaintiff   ☒ Defendant   ☐ Other
_____
Name of Party

to substitute   *Barry Greenhalgh*    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

*16633 Ventura Bl # 1405*
_____
Street Address

*Envino, CA 91436*            *barrylaw7@gmail.com*
_____           _____
City, State, Zip                 E-Mail Address

*818 4063938*         *818 7883950*         *52436*
_____     _____     _____
Telephone Number         Fax Number         State Bar Number

as attorney of record instead of   *Federal Public Defender*
_____
*Carol Ale*          List **all** attorneys from same firm or agency who are withdrawing.

_____

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   *12/17/2019*            _____
                               ~~U. S. District Judge~~/U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> Xuoyong Wu     DEFENDANT. | CASE NUMBER: <br><br> 19 MJ 05288 <br><br> **WAIVER OF RIGHTS** <br> **(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the ___Eastern___ District of ___Virginia___ and that I have been arrested in this district and alleging violation of ___Zilage 84C___
<span style="font-size:small">(Title and Section / Probation / Supervised Release)</span>
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

   (1)   have an identity hearing to determine whether I am the person named in the charges filed;

   (2)   arrival of process;

*-Check one only-*

☑   **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

   (3)   have a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

   (4)   request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐   **PROBATION OR SUPERVISED RELEASE CASES:**

   (3)   have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

### I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☑   have an identity hearing
☑   arrival of process
☑   have a preliminary hearing
☑   have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐   have an identity hearing, but I request that a preliminary hearing be held in the prosecuting district.

_____
Defendant

_____
Defense Counsel

_____
United States Magistrate Judge

Date: _12/17/19_

I have translated this Waiver to the defendant in the ___Cantonese___ language.

Date: _12/17/19_

_____
Interpreter(if required)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America | CASE NUMBER: |
| PLAINTIFF(S) | 19-05288M |
| v. | |
| XUEYONG WU, | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| | ___EASTERN___ District of ___VIRGINIA___ |
| DEFENDANT(S). | At _____ALEXANDRIA_____ |
| | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after the filing of a(n):

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court

☐ Pretrial Release  ☐ Probation  ☐ Supervised Release  ☐ Violation Notice
   Violation Petition     Violation Petition     Violation Petition

charging him or her with  (brief description of offense) Conspiracy to distribute five kilograms or more of cocaine, a Schedule II controlled substance; Conspiracy to commit money laundering

☑ in violation of Title _21; 18_ United States Code, Section (s) _846; 1956(h)_

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

The defendant has now:
☑ duly waived arrival of process.
☑ duly waived identity hearing before me on _12/17/19_
☑ duly waived preliminary hearing before me on _12/17/19_
☐ had a preliminary hearing before me on _____, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☐ had an identity hearing before me on _____, and it appears that the defendant is the person named as charged, and:
   ☐ Bail has been set at $_____ but has not been posted.
   ☐ No bail has been set.
   ☑ Permanent detention has been ordered.
   ☐ Temporary detention has been ordered.

_12/19/2019_                                   _[signature]_
Date                                           United States Magistrate Judge

## RETURN

Received this commitment and designated prisoner on _____, and on _____, committed him to _____ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

_____                          _____
Date                                 Deputy

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### MINUTES - RULE 5/20 HEARING / DETENTION HEARING

Case No. 19-05288M _____   CourtSmart Courtsmart _____   Date: December 17, 2019 _____

Present: The Honorable Alexander F. MacKinnon _____, U.S. Magistrate Judge

| Ilene Bernal | Ali Moghaddas | Jeffrey Cheung/Cantonese |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

| USA v. Xueyong Wu | Attorney Present for Defendant: |
|---|---|
| | Barry L. Greenhalgh |
| ☑ Present  ☑ Custody  ☐ Bond  ☐ Not present | ☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present |

**I.   PROCEEDINGS:**   ☐ IDENTITY HEARING  ☑ REMOVAL HEARING  ☐ PRELIMINARY HEARING
    ☐ RE POSSIBLE RULE 20  ☐ ARRIVAL OF PROCESS
    ☑ FURTHER PROCEEDINGS RE Out of District case _____

☐ Process  ☐ received  ☐ not received
☐ Witness(es) CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See receipt for Release of Exhibits to Counsel.
☐ Court finds defendant  ☐ to be the person  ☐ not to be the person charged in the  ☐ Indictment  ☐ Information  ☐ Complaint.
☐ Court finds  ☐ probable cause  ☐ no probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
☑ IT IS ORDERED that the defendant return to the originating district and proceedings are terminated in this district.
☑ Defendant executed Waiver of Rights.  ☐ Process received.  ☐ Process not received.
☑ Court ORDERS defendant Held to Answer to Eastern _____ District of Virginia _____
☐ Bond to transfer, if bail is posted.  Defendant ordered to report on or before _____
☑ Final commitment and warrant of removal to issue directing the U.S. Marshal to return the defendant to the district of origin.  Date issued: 12-19-19  By: _XB_____.
    ☐ Final commitment and warrant of removal are ordered stayed until _____.
☐ Defendant executes Rule 20 consent form and is ordered **HELD TO ANSWER** to the U.S. District Court, Central District at  ☐ Los Angeles  ☐ Riverside  ☐ Santa Ana.

**II.   PROCEEDINGS: DETENTION HEARING**
☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ Court **ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate Detention Order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $ _____  ☐ SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days.  See separate order re temporary detention.
☐ Witnesses CST  ☐ Exhibits Marked  ☐ See separate list.
☐ Court orders that exhibits be returned to the respective counsel / party of record.  ☐ See Receipt for Release of Exhibits to Counsel.  ☐ Release Order Issued - Release No.: _____

☐ Court orders case continued to _____ at _____ ☐ a.m. ☐ p.m. for _____
  before Judge _____ in courtroom _____.
☑ Other: Barry L. Greenhalgh substituted in as retained counsel for defendant. _____

I. _____ : 7 _____
II. _____ : 10 _____
Deputy Clerk Initials ___ib___

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 7 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

          v.

*Xueyong Wu*

                    Defendant.

Case No. *19-05298M*

**ORDER OF DETENTION**

## I.

A. ☒    On motion of the Government in a case allegedly involving:

   1. ( )    a crime of violence.

   2. ( )    an offense with maximum sentence of life imprisonment or death.

   3. ☒    a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above.

   5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C § 2250.

B. ☒   On motion by the Government / (  ) on Court's own motion, in a case allegedly involving:

☒   On the further allegation by the Government of:

1. ☒   a serious risk that the defendant will flee.

2. (  )   a serious risk that the defendant will:

   a. (  ) obstruct or attempt to obstruct justice.

   b. (  ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C.   The Government ☒ is/ (  ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. ☒   The Court finds that no condition or combination of conditions will reasonably assure:

1. ☒   the appearance of the defendant as required.

   ☒   and/or

2. ☒   the safety of any person or the community.

B. ☒   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

**IV.**

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

**V.**

The Court bases the foregoing finding(s) on the following:

A. ( )   As to flight risk:

    ☒ Lack of bail resources

    ☐ Refusal to interview with Pretrial Services

    ☒ No stable residence or employment *in the U.S.*

    ☐ Previous failure to appear or violations or probation, parole, or release

    ☒ Ties to foreign countries

    ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

    ☐ _____

_____

B. ☒   As to danger:

    ☐ Nature of previous criminal convictions

    ☒ Allegations in present charging document

    ☐ Substance abuse

    ☐ Already in custody on state or federal offense

    ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

    ☐ _____

_____

C. ( )   Defendant submitted to detention

## VI.

A. ( )    The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct or attempt to obstruct justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B. The Court bases the foregoing finding(s) on the following: _____

_____

_____

_____

_____

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

DATED:  *12/17/2019*

_____

ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Xueyong Wu<br><br>Defendant. | CASE NUMBER:<br><br>19 - MJ - 5288<br><br>ADVISEMENT OF<br>DEFENDANT'S STATUTORY &<br>CONSTITUTIONAL RIGHTS |

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

## IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

## IF YOU ARE CHARGED WITH A VIOLATION OF
## YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

---

*continued on Page 2*

### IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

### IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

### ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: 12/12/19 _____    _____
                                   *Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____    _____
                           *Signature of Defendant*

---

### STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the _Cantonese_ language.

Dated: _____    _____
                           *Signature of Interpreter*

                           Wayne Chan
                           *Print Name of Interpreter*

---

### STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: 12/12/15 _____    _____
                                   *Signature of Attorney*

---

FILED

2019 DEC 12  PM 12: 22

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES

BY:_____

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

United States of America

PLAINTIFF(S)

v.

WU, XUEYONG

DEFENDANT(S)

CASE NUMBER

19 MJ 05288

1:19-mj-527

**AFFIDAVIT RE**
**OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by Complaint ~~Eastern District of Virginia~~
in the _Eastern_ District of _Virginia_ on _12-17-19_
at _9:00_ ☒ a.m. / ☐ p.m.  The offense was allegedly committed on or about _12-11-19_
in violation of Title _21 USC 846 & 18 usc 1956_ U.S.C., Section(s) _____
to wit: _Conspiracy to transport Five or More Kilograms of Cocaine / Laundering Monetary Insts._

A warrant for defendant's arrest was issued by: _N/A   (P.C. Arrest)_

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _12/12/19_ , by

_____ Deputy Clerk.

1181

Signature of Agent

_SA William Murray_
Print Name of Agent

_DEA_
Agency

_Special Agent_
Title

*FILED*

2019 DEC 12 PM 12:22

CLERK U.S. DISTRIC[T] COURT
CENTRAL [DIST.] OF CALIF.
LOS ANGELES
BY: ___

19 MJ 05288

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA     PLAINTIFF | CASE NUMBER: |
| V. | |
| WU, XUEYONG | REPORT COMMENCING CRIMINAL |
| USMS#     DEFENDANT | ACTION |

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  Date and time of arrest: _12·11·19   4:00_    ☐ AM  ☒ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or
    any other preliminary proceeding:  ☐ Yes  ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4.  Charges under which defendant has been booked:
    _21 USC 846 Conspiracy to distribute five or more kilograms of Cocaine_
    _18 U.S.C 1956 Laundering of Monetary Instruments_

5.  Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6.  Interpreter Required:  ☐ No  ☒ Yes  Language: _Cantonese_

7.  Year of Birth: _1979_

8.  Defendant has retained counsel:  ☒ No
    ☐ Yes  Name: _N/A_     Phone Number: _N/A_

9.  Name of Pretrial Services Officer notified: _Marcus French_

10. Remarks (if any): ___

11. Name: _William Murray_    (please print)

12. Office Phone Number: _(213) 305·9213_     13. Agency: _DEA_

14. Signature: _[signature]_     15. Date: _12·12·19_

CR-64 (05/18)      **REPORT COMMENCING CRIMINAL ACTION**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Western Division | UNDER SEAL |
| Plaintiff, | | |
| vs. | Case Number: 2:19-MJ-05288-1 | Out of District Affidavit |
| | Initial App. Date: 12/12/2019 | Custody |
| Xueyong Wu | Initial App. Time: 2:00 PM | |
| | | |
| Defendant. | Date Filed: 12/12/2019 | |
| | Violation: 21USC846, 18USC1956(h) | |
| | CourtSmart/ Reporter: | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Alexander F. MacKinnon | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:    Bernal, Ilene                    _Ali Moghaddas_                    _Wayne Chan_    Cantonese
            _Deputy Clerk_         _Assistant U.S. Attorney_              _Interpreter/Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are
   directed to file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit.   ☐ Financial Affidavit ordered SEALED.
☒ Attorney: Carel Ale, DFPD ☒ Appointed ☐ Prev. Appointed ☒ Poss. Contribution (see separate order)  *$400.- today* *proceeds*
   ☐ Special appearance by: _____
☒ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED  *$150 pu hr frang*
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)  *further proceeding*
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED  *in CACD*
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for
   the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 12-17-19 (Time) 3:00 AM / PM
   Type of Hearing: Detn Hrg + Fur Proc Before Judge MacKinnon /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom ☒ Judge's Courtroom Roybal - #780
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☒ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☐ Other: _____

| ☐ PSA ☐ USPO | ☐ FINANCIAL | ☐ READY |
|---|---|---|
| | | Deputy Clerk Initials _AH_ |
| | | _____ : 30 |

1 | NICOLA T. HANNA
United States Attorney
2 | BRANDON D. FOX
Assistant United States Attorney
3 | Chief, Criminal Division
ALI MOGHADDAS (Cal. Bar No. 305654)
4 | Assistant United States Attorney
General Crimes Section
5 |     1200 United States Courthouse
312 North Spring Street
6 |     Los Angeles, California 90012
Telephone: (213) 894-1786
7 |     Facsimile: (213) 894-0141
E-mail:   ali.moghaddas@usdoj.gov
8 |
Attorneys for Plaintiff
9 | UNITED STATES OF AMERICA

```
              FILED
   CLERK, U.S. DISTRICT COURT

        DEC 1 2 2019

   CENTRAL DISTRICT OF CALIFORNIA
   BY            DEPUTY
```

10 |              UNITED STATES DISTRICT COURT

11 |          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA,        No. CR 19-MJ-5288

13 |          Plaintiff,           GOVERNMENT'S NOTICE OF REQUEST FOR
                                  DETENTION
14 |             v.

15 | XUEYONG WU,
Aka "Antonio",
16 |
             Defendant.
17 |

18 |

19 |      Plaintiff, United States of America, by and through its counsel

20 | of record, hereby requests detention of defendant and gives notice of

     the following material factors:
21 |

22 | ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

23 |         following grounds:

24 |    ☐  a.   present offense committed while defendant was on release

              pending (felony trial),
25 |

26 |    ☐  b.   defendant is an alien not lawfully admitted for

              permanent residence; and
27 |

28 |

1    ☐  c.   defendant may flee; or

2    ☐  d.   pose a danger to another or the community.

3  ☒  2.   Pretrial Detention Requested (§ 3142(e)) because no

4          condition or combination of conditions will reasonably

5          assure:

6    ☒  a.   the appearance of the defendant as required;

7    ☒  b.   safety of any other person and the community.

8  ☐  3.   Detention Requested Pending Supervised Release/Probation

9          Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10         § 3143(a)):

11    ☐  a.   defendant cannot establish by clear and convincing

12            evidence that he/she will not pose a danger to any

13            other person or to the community;

14    ☐  b.   defendant cannot establish by clear and convincing

15            evidence that he/she will not flee.

16  ☒  4.   Presumptions Applicable to Pretrial Detention (18 U.S.C.

17         § 3142(e)):

18    ☒  a.   Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19            (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20            greater maximum penalty (presumption of danger to

21            community and flight risk);

22    ☐  b.   offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23            2332b(g)(5)(B) with 10-year or greater maximum penalty

24            (presumption of danger to community and flight risk);

25    ☐  c.   offense involving a minor victim under 18 U.S.C.

26            §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27            2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

☐ d. defendant currently charged with an offense described in paragraph 5a - 5e below, <u>AND</u> defendant was previously convicted of an offense described in paragraph 5a - 5e below (whether Federal or State/local), <u>AND</u> that previous offense was committed while defendant was on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

☒ 5. Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves:

☐ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum sentence is 10 years' imprisonment or more;

☐ b. an offense for which maximum sentence is life imprisonment or death;

☒ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

☐ d. any felony if defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

☐  e.   any felony not otherwise a crime of violence that
        involves a minor victim or the possession or use of a
        firearm or destructive device (as defined in 18 U.S.C.
        § 921), or any other dangerous weapon, or involves a
        failure to register under 18 U.S.C. § 2250;

☒  f.   serious risk defendant will flee;

☐  g.   serious risk defendant will (obstruct or attempt to
        obstruct justice) or (threaten, injure, or intimidate
        prospective witness or juror, or attempt to do so).

☐  6.   Government requests continuance of _____ days for detention
        hearing under § 3142(f) and based upon the following
        reason(s):

        _____

        _____

        _____

//

//

//

//

//

//

//

//

//

//

//

//

1    ☐    7.    Good cause for continuance in excess of three days exists in

2                that:

3

4          _____

5          _____

6          _____

7          _____

8    Dated: December 12, 2019          Respectfully submitted,

9                                       NICOLA T. HANNA
                                        United States Attorney
10
                                        BRANDON D. FOX
11                                      Assistant United States Attorney
                                        Chief, Criminal Division
12

13              _____/s/_____
                                        ALI MOGHADDAS
14                                      Assistant United States Attorney

15                                      Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA
16

17

18

19

20

21

22

23

24

25

26

27

28

                                        5

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

19 - 5288M

| THE UNITED STATES OF AMERICA, | ) | CASE NO. ~~CR193288~~ |
| | ) | DECLARATION OF SARAH WU IN |
| Plaintiff, | ) | SUPPORT OF AUTHORIZATION TO |
| | ) | SERVE AS INTERPRETER |
| vs. | ) | |
| | ) | |
| XUEGONG WU, et. al., | ) | |
| Defendant. | ) | |

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

I, SARAH WU, declare:

I declare that my date of birth is July 19, 1975 and my California Driver License number is B4184218.

I have no criminal record.

I have served as an interpreter in the United States Immigration Court and the Superior Court of California, pursuant to Court authorization.

I declare under penalty of perjury the foregoing is true and correct.

Executed this December 16, 2019, at Monterey Park, California.

_____
SARAH WU